CHEMICAL BANK & TRUST COMPANY, as Executor of Siegfried Kahn, Deceased, Appellee, v. Rea Forhan PEDRICK, as Administratrix of William J. Pedrick, Deceased, Appellant.

No. 126, Docket 21846.

United States Court of Appeals Second Circuit.

Argued Jan. 3, 1951.

Decided Jan. 19, 1951.

Ellis N. Slack, Sp. Asst. to Atty. Gen., Irving H. Saypol, U. S. Atty., John D. Kelly, Asst. U. S. Atty., New York City, Theron Caudle, Asst. Atty. Gen., George D. Webster, Washington, D. C., for defendant-appellant.

Edward Lee, New York City, Eisman, Lee, Corn, Lewine & Sheftel, New York City, for plaintiff-appellee.

Before L. HAND, Chief Judge, and SWAN and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment affirmed on the authority of Jandorf's Estate v. Commissioner of In-

ternal Revenue, 2 Cir., 171 F.2d 464 and Pennsylvania Company for Banking and Trusts v. United States, 3 Cir., 185 F.2d 125.

Joe W. PRESTON, Appellant v. Bennie LETO, Appellee.

No. 13308.

United States Court of Appeals Fifth Circuit.

Jan. 23, 1951.

David H. MacHauer, New Orleans, La., for appellant.

Weldon A. Cousins, Jos. A. Fiasconaro, Jr., both of New Orleans, La., for appellee.

Before HUTCHESON, Chief Judge, and HOLMES and RUSSELL, Circuit Judges.

PER CURIAM.

On the authority of Garlin v. Currie, 5 Cir., 1950, 185 F.2d 401, the judgment is reversed and remanded for further and not inconsistent proceedings.

HOLMES, Circuit Judge.

I dissent for the reasons stated by the court in Fields v. Washington, 3 Cir., 173 F.2d 701, and by Judge Minton in his dissenting opinion in Adler v. Northern Hotel Company, 7 Cir., 175 F.2d 619, 622.